No. 397, Misc.   Tate *v.* United States District Court for the Northern District of California et al. C. A. 9th Cir.   Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.

No. 394, Misc.   House *v.* Hiatt, Warden;
No. 412, Misc.   Pullins *v.* Alvis, Warden, et al.;
No. 421, Misc.   Thompson *v.* Robinson, Warden; and
No. 428, Misc.   Burkholder *v.* Arizona.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 419, Misc.   Byers *v.* Federal Bar Association; and
No. 429, Misc.   In re King.   Applications denied.

No. 645.   Gulf Research & Development Co. et al. *v.* Leahy, U. S. District Judge, et al.   C. A. 3d Cir. Certiorari granted.   The Chief Justice took no part in the consideration or decision of this application.   *Leonard S. Lyon* and *Thomas Cooch* for petitioners.   *Worthington Campbell, E. Ennalls Berl* and *Mark N. Donohue* for respondents.

No. 646.   Cardox Corporation *v.* C-O-Two Fire Equipment Co.   C. A. 7th Cir.   Certiorari granted. The Chief Justice took no part in the consideration or decision of this application.   *George I. Haight, Andrew J. Dallstream* and *Fredric H. Stafford* for petitioner.   *R. Morton Adams, Irving Herriott* and *Edward T. Connors* for respondent.

No. 203, Misc.   Baumet et al. *v.* United States et al. C. A. 2d Cir.   Certiorari granted.   Petitioners *pro se. Solicitor General Perlman* filed a memorandum for the

United States, respondent, stating that the Government does not oppose the granting of a writ of certiorari in this case. *George G. Gallantz* for Peters, Executrix, respondent.

No. 580. CENTRAL HIDE & RENDERING CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *E. E. Blakely* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the United States.

No. 583. HOPTOWIT ET AL. *v.* SEUFERT BROTHERS CO. Supreme Court of Oregon. Certiorari denied. *Kenneth R. L. Simmons* for petitioners. *T. Leland Brown* for respondent.

No. 598. MARTINI *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 600. FLORIDA DEHYDRATION CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Benjamin Forman* for the United States.

No. 602. AMOROSO *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Sumner W. Elton* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Lee A. Jackson* for respondent.